1   Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
2   GORDON & REES LLP
275 Battery Street, Suite 2000
3   San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054
4

5   Craig J. Mariam, Bar No. 225280
email cmariam@gordonrees.com
GORDON & REES LLP
6   101 W. Broadway, Suite 1600
San Diego, California 92101
7   tel (619) 696-6700 / fax (619) 696-7124

8   Attorneys for Plaintiff
MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES
9

**E-filing**

10           UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

**CW**

12   MATSUNOKI GROUP, INC., doing business   )   Civil Action No.   **CV 08 4078**
as HAIKU HOUSES,   )
13   )
)
14                 Plaintiff   )   COMPLAINT FOR:
)
15       v.   )   1. Copyright Infringement
)
16   TIMBERWORK OREGON, INC.;   )   2. Trademark Infringement
TIMBERWORK, INC.; JOAN L. SHUELL;   )
17   EARL MAURY BLONDHEIM; DON PAUL;   )   3. Common Law Trademark Infringement
ILENE ENGLISH-PAUL; and DOES 1 through )
18   10, inclusive,   )   4.   False Designation of Origin
)
19               Defendants.   )   5. Trade Dress Infringement
)
20   )   6. California Unfair Competition
)
21   )   AND JURY TRIAL DEMAND
)   [FRCP 38]
22   )
)
23   )

24

25

26

27   ///

28   ///

COMPLAINT FOR COPYRIGHT, TRADEMARK , COMMON LAW AND TRADE DRESS
INFRINGEMENT, AND CALIFORNIA UNFAIR COMPETITION [FRCP 38]

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

1    Plaintiff MATSUNOKI GROUP, INC., dba HAIKU HOUSES for its Complaint alleges

2  as follows:

3                          **Nature of the Action**

4        1.    This is an action for willful and/or intentional violations by Defendants of

5  Plaintiff's intellectual property rights, including copyright, trademark, trade dress, and unfair

6  competition, arising out of Defendants' unlawful reproduction, marketing, adaptation,

7  distribution, public display, sale, and offering for sale by Defendants of infringing copies of

8  Plaintiff's registered copyrighted plans, drawings, catalogs, websites, and houses; and

9  unauthorized use and/or infringement of Plaintiff's HAIKU HOUSES COUNTRY HOUSES OF

10  16TH CENTURY JAPAN®, HAIKU HOUSES™, and HAIKU HOUSE™ trademarks, service

11  marks, design marks, and trade dress.

12                          **Jurisdiction and Venue**

13        2.    This action arises under the copyright and trademark laws of the United States,

14  respectively 17 U.S.C. § 101 *et seq.* and 15 U.S.C. § 1051 *et seq.*, and under California state law

15  governing trade dress and unfair competition, specifically and respectively Business and

16  Professions Code § 17200 *et seq.*

17        3.    This Court has subject matter jurisdiction over these claims as federal questions

18  pursuant to 28 U.S.C. §§ 1331 and 1338(a)(b), and supplemental jurisdiction pursuant to 28

19  U.S.C. § 1367.  Further, the parties are completely diverse in citizenship and the amount in

20  controversy is more than $75,000, and therefore there is diversity jurisdiction under 28 U.S.C. §

21  1332.  The Court further has pendent jurisdiction of the California state law claim under 28

22  U.S.C. § 1338(b).

23        4.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400 in that a

24  substantial part of the property that is the subject of this action may be found in this judicial

25  district, a substantial part of the events giving rise to the claims occurred in this judicial district,

26  and Defendant or its agent(s) may be found in this judicial district.  Specifically without

27  limitation, Defendants infringed Plaintiff's intellectual property rights by, *inter alia,* using

28  copyrighted plans to build a copyrighted HAIKU HOUSES™ design in, for example, Jenner,

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

2

1    California.  Further, Defendants also do business in this judicial district, including, on information

2    and belief, contracting with third party vendors located here.

3                                          **The Parties**

4           5.      Plaintiff MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES, is a

5    Tennessee corporation with its principal place of business in Nashville, Tennessee.  For more than

6    thirty years, Plainitff has custom-designed houses for clients worldwide, including the United

7    States, Great Britain, France, the Netherlands, and the Caribbean area.

8           6.      On information and belief, Defendant TIMBERWORK OREGON, INC.

9    ("Timberwork Oregon") is an Oregon corporation with its principal place of business located at

10   747 SE 27th St., Gresham, Oregon 97030 or 200 East Powell Blvd. #102, Gresham, OR 97030.

11          7.      On information and belief, Defendant TIMBERWORK, INC. ("Timberwork") is

12   an Oregon corporation with its principal place of business located at 747 S E 27th St., Gresham,

13   Oregon 97030 or 200 East Powell Blvd. #102, Gresham, OR 97030.

14          8.      On information and belief, Defendant EARL MAURY BLONDHEIM

15   ("Blondheim") is an individual residing in Gresham, Oregon.

16          9.      On information and belief, Defendant JOAN L. SHUELL is an individual residing

17   at 30 SE 16 Ct., Troutdale, OR 97060.

18          10.     On information and belief, Defendant DON PAUL is an individual residing in San

19   Francisco County or Sonoma County, California.

20          11.     On information and belief, Defendant ILENE ENGLISH-PAUL is an individual

21   residing in San Francisco County or Sonoma County, California.

22          12.     The identities of Defendants DOES 1 through 10 are currently unknown to

23   Plaintiff, but on information and belief, said Defendants are liable in whole or part for the matters

24   alleged herein.  Plaintiff will seek leave of court to add them by name when their identities are

25   ascertained.

26          13.     On information and belief, each Defendant was, at all times herein mentioned and

27   relevant to liability, a servant, agent, and/or employee of each other Defendant and was acting

28   within the course and scope of such agency and/or employment on behalf of and with the consent,

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

3

1    knowledge, and permission of each other, and each said Defendant ratified the conduct of all

2    remaining Defendants.

3        14.    This Court has personal jurisdiction over each of the Defendants by virtue of their

4    residence in this judicial district and/or their conducting business in this judicial district, their

5    contacts and transaction of business in this judicial district, and their delivery into the stream of

6    commerce in this district the products accused herein of violating Plaintiff's intellectual property

7    rights.

8                          **Plaintiff's Intellectual Property Rights at Issue**

9        15.    By virtue of Plaintiff's extensive design, development, sales, and marketing

10    activities regarding houses, Plaintiff has amassed a substantial portfolio of intellectual property

11    rights including copyrights, numerous trademarks, identifying trade dress, and other source

12    identifiers.  Such intellectual property is of particular importance in the custom housing industry.

13    These intellectual property rights are of substantial value to Plaintiff's business, including its

14    ability to maintain goodwill with respect to its product line and customers.  Plaintiff's careful

15    maintenance of its intellectual property rights is an important factor in the success of its business

16    over the past thirty years.

17                               **Plaintiff's Registered Copyrights**

18        16.    Plaintiff produces and sells housing and housing design featuring architecture

19    influenced by 16th century Japan.  Plaintiff has carefully designed each home to be unique in the

20    industry and has protected its corresponding intellectual property, including Plaintiff's catalogs,

21    plans, websites, and finished housing, by securing registered copyrights including the following

22    (collectively referred to as the "the Copyrights"):

23        (1) United States Copyright Registration No. TX 5-997-501 for Haiku Houses Country

24        Houses of 16th Century Japan© catalog of house plans with date of first publication June

25        15, 1989;

26        (2) United States Copyright Registration No. TX 5-997-499 for Haiku Houses Country

27        Houses of 16th Century Japan© catalog of house plans with date of first publication June

28        15, 1994;

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

4

1    (3) United States Copyright Registration No. VA 1-318-054 for Haiku Houses Builder's

2    Guide© with date of first publication June 15, 1996;

3    (4) United States Copyright Registration No. TX 5-997-502 for Haiku Houses Country

4    Houses of 16th Century Japan© catalog of house plans with date of first publication June

5    15, 1996;

6    (5) United States Copyright Registration No. TX 5-997-500 for Haiku Houses Country

7    Houses of 16th Century Japan© catalog of house plans with date of first publication June

8    15, 1999;

9    (6) United States Copyright Registration No. VA 1-318-053 for Haiku Houses Builder's

10    Guide© with date of first publication November 1, 2001.

11    (7) United States Copyright Registration No. VA 1-269-859 for Haiku Houses Country

12    Houses of 16th Century Japan© website with date of first publication November 15, 1999.

13

14    (True and correct copies of the aforementioned registrations are attached collectively

15  hereto as Exhibit A.)

16

17               **Plaintiff's Registered and Common Law Trademarks**

18      17.    Plaintiff has been selling and offering for sale goods and services under the

19  trademark HAIKU HOUSES COUNTRY HOUSES OF 16TH CENTURY JAPAN® worldwide

20  and in this judicial district since at least as early as 1987. A mong other things, Plaintiff owns

21  United States Trademark Registration No. 1940716 for HAIKU HOUSES COUNTRY HOUSES

22  OF 16TH CENTURY JAPAN® for manufactured homes featuring architecture influenced by

23  ancient Japanese country house design. (A true and correct copy of said trademark registration is

24  attached hereto as Exhibit B.)

25      18.    In addition to the registered HAIKU HOUSES COUNTRY HOUSES OF 16TH

26  CENTURY JAPAN® mark, Plaintiff has common law trademark rights to the HAIKU

27  HOUSES™ and HAIKU HOUSE™ marks, due to its usage of the marks in commerce on

28  distinctive homes since at least as early as 1987.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

COMPLAINT FOR COPYRIGHT, TRADEMARK , COMMON LAW AND TRADE DRESS
INFRINGEMENT, AND CALIFORNIA UNFAIR COMPETITION [FRCP 38]

1

**Defendants' Acts of Copyright Infringement**

2       19.    Defendants, and each of them, have intentionally infringed the Copyrights through

3   the reproduction, marketing, distribution, alteration, public display, and the sale and offering for

4   sale of unauthorized, counterfeit, and/or substantially similar products.

5       20.    By way of example only, Defendants, through their online websites,

6   www.timberwork.com, www.naracountryhomes.com, and www.naracountryhomes.net, have

7   displayed and offered for sale products that infringe the Copyrights.  (True and correct copies of

8   webpages illustrating the infringing product are attached hereto as Exhibit C.)

9       21.    Additionally, defendants have offered for sale products that infringe the

10  Copyrights through their print catalogs (whether in electronic or printed format) that are

11  themselves also infringing.

12      22.    By way of further example only, defendants, and each of them, have constructed

13  an infringing HAIKU HOUSE™ in or around Jenner, California ("the Jenner House"), which was

14  built based in whole or in substantial part on Plaintiff's copyrighted plans and drawings.  As a

15  result, the Jenner House infringes the Copyrights, and each of them.

16      23.    Defendants have been placed on notice of the facts and circumstances referenced

17  above on various occasions.

18      **Defendants' Acts of Trademark/Trade Dress Infringement**

19      24.    Defendants, and each of them, have intentionally infringed the HAIKU HOUSES

20  COUNTRY HOUSES OF 16TH CENTURY JAPAN® registered trademark and HAIKU

21  HOUSES™ and HAIKU HOUSE™ common law trademarks (collectively, the "Marks") by

22  placing their products in the stream of commerce resulting in a likelihood of confusion as to

23  source, origination, affiliation, or sponsorship of those products by the ordinary consumer; and

24  further through falsely designating their origin as being somehow affiliated with Plaintiff.

25      25.    By way of example only, Defendants, through their online websites,

26  www.timberwork.com, www.naracountryhomes.com, and www.naracountryhomes.net, have

27  offered for sale products bearing the HAIKU HOUSES COUNTRY HOUSES OF 16TH

28  CENTURY JAPAN®, HAIKU HOUSES™, and HAIKU HOUSE™ trademarks and/or service

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

6

1    marks. Defendants' websites display Plaintiff's trademarks, service marks, and trade dress, but

2    the display is not genuine Plaintiff product.

3          26.      Additionally, defendants have offered for sale through their infringing print

4    catalogs (electronic or printed format) HAIKU HOUSES COUNTRY HOUSES OF 16TH

5    CENTURY JAPAN® and HAIKU HOUSES™. The description of these products includes false

6    and misleading statements. Not only are these products not genuine Plaintiff products, but at no

7    time has any Defendant been authorized to offer for sale and/or to represent these products as

8    originating from Plaintiff.

9          27.      Defendants have been placed on notice of the facts and circumstances referenced

10    above on various occasions.

### FIRST CLAIM FOR RELIEF

#### Copyright Infringement

#### (against all Defendants)

14          28.      Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through

15    27 above and incorporates same under this claim for relief.

16          29.      Plaintiff is the owner of the Copyrights.

17          30.      The Copyrights are original to Plaintiff and are copyrightable subject matter under

18    the laws of the United States.

19          31.      Plaintiff has obtained duly issued United States Copyright registrations for the

20    Copyrights.

21          32.      Plaintiff has promoted and sold its proprietary plans, catalogs, and housing, as

22    alleged herein, with express notice of Plaintiff's copyrights on the products themselves and/or on

23    the product packaging. Further, Defendants have been provided constructive notice through the

24    above-referenced copyright registrations.

25          33.      Notwithstanding Plaintiff's valid copyrights, Defendants, at a yet unascertained

26    date, but no earlier than the effective date of registration of each of the subject copyrights, or

27    within three months of the date of first publication of each, and without the consent of Plaintiff,

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

1  commenced the unlawful production, distribution, reproduction, public display, marketing and

2  sale of infringing product, and Defendants continue to do so currently.

3      34.    A substantial similarity, as determined by an ordinary observer, exists between

4  Defendants' infringing products and Plaintiff's copyrighted products as alleged herein.

5      35.    On information and belief, Defendants' actions have been undertaken with full

6  knowledge and/or reckless disregard that they violated Plaintiff's copyrights, notice of which was

7  expressly and constructively provided.  Defendants' copyright infringement was thereby and

8  therefore intentional and/or willful.

9      36.    As a result of the foregoing, Plaintiff has been damaged in an amount to be proven,

10  and Defendants have been unjustly enriched in an amount to be proven.  In addition, as a result of

11  Defendants' unlawful acts, Plaintiff has suffered and will continue to suffer irreparable harm, and

12  Plaintiff has no adequate remedy at law with respect to this injury.  Unless the acts of trademark

13  infringement are enjoined by this Court, Plaintiff will continue to suffer irreparable harm.

14  Plaintiff is also entitled to disgorgement of profits, attorneys' fees, statutory damages, and the

15  costs of this action.

16                          **SECOND CLAIM FOR RELIEF**

17              **Trademark Infringement (15 U.S.C. § § 1114, § 1125(a))**

18                          **(against all Defendants)**

19      37.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through

20  36 above and incorporates same under this claim for relief.

21      38.    Plaintiff possesses valid rights in the HAIKU HOUSES COUNTRY HOUSES

22  OF 16TH CENTURY JAPAN®, HAIKU HOUSES™, and HAIKU HOUSE™ trademarks,

23  service marks, design marks, and trade dress.

24      39.    Defendants, and each of them, have used the Marks and/or counterfeit marks in

25  commerce and in connection with the sale, offering for sale, distribution, or advertising of their

26  goods and/or services.

27      40.    Defendants' actions in connection with the sale, offering for sale, distribution, or

28  advertising of their goods and/or services in interstate commerce without consent of Plaintiff

8

1  constitute infringement and/or counterfeiting of the Marks and have caused and continue to

2  cause a likelihood of confusion, in violation of 15 U.S.C. § § 1114 and 1125(a).

3        41.    By reason of the foregoing, Plaintiff has been injured in an amount to be proven.

4  In addition, as a result of Defendants' unlawful acts, Plaintiff has suffered and will continue to

5  suffer irreparable harm, and Plaintiff has no adequate remedy at law with respect to this injury.

6  Unless the acts of trademark infringement are enjoined by this Court, Plaintiff will continue to

7  suffer irreparable harm. Defendants' actions have been knowing, intentional, wanton, and willful,

8  entitling Plaintiff to damages, treble damages, profits, attorneys' fees, statutory damages, and the

9  costs of this action.

10                       **THIRD CLAIM FOR RELIEF**

11                  **Common Law Trademark Infringement**

12                       **(against all Defendants)**

13        42.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through

14  41 above and incorporates same under this claim for relief.

15        43.    Defendants' actions in connection with the sale, offering for sale, distribution, or

16  advertising of their goods and/or services in interstate commerce without consent of Plaintiff

17  constitute infringement and/or counterfeiting of the Marks and have caused and continue to cause

18  a likelihood of confusion, in violation of common law trademark rights and have caused and

19  continue to cause a likelihood of confusion, mistake, and deception as to source, sponsorship,

20  affiliation, and/or connection in the minds of the public.

21        44.    By reason of the foregoing, Plaintiff has been injured in an amount to be proven.

22  In addition, as a result of Defendants' unlawful acts, Plaintiff has suffered and will continue to

23  suffer irreparable harm, and Plaintiff has no adequate remedy at law with respect to this injury.

24  Unless the acts of trademark infringement are enjoined by this Court, Plaintiff will continue to

25  suffer irreparable harm. Defendants' actions have been knowing, intentional, wanton, and willful,

26  entitling Plaintiff to damages, treble damages, profits, attorneys' fees, statutory damages, and the

27  costs of this action.

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

COMPLAINT FOR COPYRIGHT, TRADEMARK , COMMON LAW AND TRADE DRESS
INFRINGEMENT, AND CALIFORNIA UNFAIR COMPETITION [FRCP 38]

1

## FOURTH CLAIM FOR RELIEF

### False Designation of Origin

### (against all Defendants)

45.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through 44 above and incorporates same under this claim for relief.

46.    Defendants' actions in adapting, marketing, reproducing, publicly displaying, selling and offering to sell, and distributing infringing versions of the HAIKU HOUSES COUNTRY HOUSES OF 16TH CENTURY JAPAN®, HAIKU HOUSES™, HAIKU HOUSE™, and NIKKO FARMHOUSE™ in interstate commerce without consent of Plaintiff constitute false designation of origin in violation of 15 U.S.C. § 1125(a), and have caused and continue to cause a likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of the public.

47.    By reason of the foregoing, Plaintiff has been injured in an amount to be proven. In addition, as a result of Defendants' unlawful acts, Plaintiff has suffered and will continue to suffer irreparable harm, and Plaintiff has no adequate remedy at law with respect to this injury. Unless the acts of Defendants are enjoined by this Court, Plaintiff will continue to suffer irreparable harm. Defendants' actions have been knowing, intentional, wanton, and willful entitling Plaintiff to damages, treble damages, profits, attorneys' fees, statutory damages, and the costs of this action.

## FIFTH CLAIM FOR RELIEF

### Trade Dress Infringement

### (against all Defendants)

48.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through 47 above and incorporates same under this claim for relief.

49.    Plaintiff possesses valid rights in the Marks including, but not limited to, trade dress in connection with the packaging of its products and the products themselves.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

10

1   50.    Defendants, and each of them, have used the Marks and/or counterfeit marks in

2   commerce and in connection with the sale, offering for sale, distribution, or advertising of their

3   goods and/or services.

4   51.    Defendants' actions in connection with the sale, offering for sale, distribution, or

5   advertising of their goods and/or services in interstate commerce without consent of Plaintiff

6   constitute trade dress infringement and/or counterfeiting of the Marks and have caused and

7   continue to cause a likelihood of confusion in violation of 15 U.S.C. § § 1114 and 1125(a) and

8   the common law.

9   52.    The trade dress in the product trade dress is not functional.

10   53.    The product trade dress has acquired secondary meaning.  The packaging trade

11   dress is inherently distinctive or has acquired distinctiveness.

12   54.    In terms of the product trade dress, the following elements of the product design

13   compose the asserted trade dress:

14   (a)    The physical spaciousness incorporated in the HAIKU HOUSES

15   COUNTRY HOUSES OF 16TH CENTURY JAPAN® housing;

16   (b)    The number, layout, and spacing of windows;

17   (c)    The manner of airflow within the house;

18   (d)    The type, design, and size of the wood framing and structural system;

19   (e)    The design and style of the Grand Veranda.

20   55.    By reason of the foregoing, Plaintiff has been injured in an amount to be proven.

21   In addition, as a result of Defendants' unlawful acts Plaintiff has suffered and will continue to

22   suffer irreparable harm, and Plaintiff has no adequate remedy at law with respect to this injury.

23   Unless the acts of infringement are enjoined by this Court, Plaintiff will continue to suffer

24   irreparable harm.  Defendants' actions have been knowing, intentional, wanton, and willful,

25   entitling Plaintiff to damages, treble damages, profits, attorneys' fees, statutory damages, and the

26   costs of this action.

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

11

## SIXTH CLAIM FOR RELIEF

### Unfair Competition Under California Bus. & Prof. Code § 17200 *et seq.*

### (against All Defendants)

56.    Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through 55 above and incorporates same under this claim for relief.

57.    By and through Defendants' conduct, including the conduct detailed above, Defendants have engaged in activities that constitute unlawful, unfair, or fraudulent business practices and/or unfair, deceptive, untrue, or misleading advertising prohibited by Business & Professions Code Section 17200 *et seq.*

58.    Defendants' acts of trade dress and trademark infringement and/or vicarious and contributory trade dress and trademark infringement, as alleged above, constitute unfair competition actionable under the laws of the State of California as unlawful business acts or practices in that, *inter alia*, said acts violate the federal Lanham Act, 15 U.S.C. § 1051 *et seq.*

59.    As a result of Defendants' said acts of unfair competition, Plaintiff has suffered and will continue to suffer irreparable harm, and Plaintiff has no adequate remedy at law with respect to this injury. Unless the acts of unfair competition are enjoined by this Court, Plaintiff will continue to suffer irreparable harm.

60.    As a direct and legal result of Defendants' unlawful, unfair, and fraudulent conduct described above, Defendants have been and will be unjustly enriched with ill-gotten gains.

WHEREFORE, Plaintiff prays the Court grant relief as follows:

1.    Judgment that Plaintiff's registered and common law trademarks and trade dress have been infringed by Defendants and a declaration that this case is "exceptional" as described under the Lanham Act.

2.    Judgment that Defendants, and each of them, have infringed the Copyrights.

3.    Preliminary and permanent injunctions against Defendants and those additional parties specified in Federal Rule of Civil Procedure 65(d) as to Defendants' continued infringement of the subject copyrights and trademarks.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

1    4.    Actual damages in an amount to be proven or statutory damages at Plaintiff's sole

2    election prior to entry of final judgment.

3    5.    An accounting and disgorgement of profits and damages resulting from

4    Defendants' copyright infringement, trademark infringement, trade dress infringement, and unfair

5    competition, and trebling and/or enhancement of such damages under the copyright and

6    trademark laws because of the knowing, intentional, willful, and/or wanton nature of Defendants'

7    conduct.

8    6.    Pre-judgment and post-judgment interest.

9    7.    An award of attorneys' fees.

10    8.    An award of punitive damages for intentional and willful acts.

11    9.    Costs.

12    10.    Such other and further relief as the Court deems just and equitable under the

13    circumstances.

14

15    Dated:  August 26, 2008                    Respectfully submitted,

                                                GORDON & REES, LLP
16

17                                          by _____

18                                              Richard P. Sybert/Craig J. Mariam
                                                Attorneys for Plaintiff
19                                              MATSUNOKI GROUP, INC., doing business
                                                as HAIKU HOUSES™

20

21

22

23

24

25

26

27

28

13

1

## REQUEST FOR JURY TRIAL

2

3        Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiff hereby demands its right

to a jury trial on all issues triable to a jury.

4

5    Dated:  August 26, 2008

6                                                            Respectfully submitted,
                                                             GORDON & REES LLP
7

8                                                    by _____
                                                         Richard P. Sybert/Craig J. Mariam
9                                                        Attorneys for Plaintiff
                                                         MATSUNOKI GROUP, INC., doing business
10                                                          as HAIKU HOUSES™

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

HKU/1051725/5885708v.1

COMPLAINT FOR COPYRIGHT, TRADEMARK , COMMON LAW AND TRADE DRESS
INFRINGEMENT, AND CALIFORNIA UNFAIR COMPETITION [FRCP 38]

Exhibit "A"

Certificate of Registration    **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5 – 997 – 501**

EFFECTIVE DATE OF REGISTRATION

**5 – 13 – 04**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Haiku Houses: Country Houses of 16th Century Japan  Catalog, 1989 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
Haiku Houses, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A    Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Catalog including text, photos and drawings.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1989 ◀Year In all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 15    Year ▶ 1989
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Matsunoki Group, Inc. d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
**MAY 1 3 2004**
ONE DEPOSIT RECEIVED
**MAY 1 3 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

*Amended by C.O. per e-mail from Susan Lutzker
received on July 28, 2004.

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>  Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶         Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Haiku Houses: Country Houses of 16th Century Japan  Catalog, 1985 edition

Haiku Houses: Country Houses of 16th Century Japan  Catalog, 1982 edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

~~Pre-existing work is unavailable for review.~~  *additional and revised text and images

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼         Account Number ▼

**7**

a

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Lutzker, Lutzker & Settlemyer LLP, Attn: Susan J. Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D.C. 20005

Area code and daytime telephone number ▶ 202-408-7600       Fax number ▶ 202-408-7677

Email ▶ susan@lutzker.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  Matsunoki Group, Inc. d/b/a Haiku Houses

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan J. Lutzker            Date ▶ May 13, 2004

Handwritten signature (X) ▼

X _____ Susan J. Lutzk_____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Lutzker, Lutzker & Settlemyer LLP Attn: Susan J. Lutzker |
|---|---|
| | Number/Street/Apt ▼<br>1000 Vermont Avenue, Suite 450 |
| | City/State/ZIP ▼<br>Washington, D.C. 20005 |

**YOU MUST**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx  Web Rev. July 2003  ⊕ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration   **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-997-499**

EFFECTIVE DATE OF REGISTRATION

5 - 13 - 04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
Haiku Houses  Country Houses of 16th Century Japan  Catalog, 1994 edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Haiku Houses, Ltd

DATES OF BIRTH AND DEATH
Year Born ▼ N/A   Year Died ▼ N/A

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Catalog including text, photos and drawings

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1994 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 15   Year ▶ 1994
United States   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Matsunoki Group, Inc  d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
MAY 1 3 2004
ONE DEPOSIT RECEIVED
MAY 1 3 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by C.O. per e-mail from Susan Lutzker
received on July 28, 2004.

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box )  ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶

**NOTE:  An earlier version of work is being registered simultaneously with this application.**

Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates  ▼

Haiku Houses  Country Houses of 16th Century Japan  Catalog, 1989 edition

**a**

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed  ▼

Additional and revised text and images

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name /Address /Apt /City /State/ZIP ▼

Lutzker, Lutzker & Settlemyer LLP, Attn  Susan J  Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D C  20005

**b**

**7**

Area code and daytime telephone number ▶  202-408-7600                    Fax number ▶  202-408-7677

Email ▶  susan@lutzker com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Matsunoki Group, Inc  d/b/a  Haiku Houses

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Susan J  Lutzker                              Date ▶ May 13, 2004

Handwritten signature (X) ▼

X _____ Susan J  Lutzk _____

| Certificate will be mailed in window envelope to this address | Name ▼  Lutzker, Lutzker & Settlemyer LLP  Attn  Susan J  Lutzker |
|---|---|
| | Number/Street/Apt ▼  1000 Vermont Avenue, Suite 450 |
| | City/State/ZIP ▼  Washington, D C  20005 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office  TX
101 Independence Avenue S E
Washington  D C  20559 6222

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  July 2003—xxx   Web Rev  July 2003   ⊕ Printed on recycled paper                    U S  Government Printing Office  2000-461 113/20 021

Certificate of Registration    **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-318-054**

EFFECTIVE DATE OF REGISTRATION

**AUG 1 0 2004**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Haiku Houses Builder's Guide

**NATURE OF THIS WORK ▼** See Instructions
Visual and Text Instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Haiku Houses, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼
N/A

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☑ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1996
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month June    Day 15    Year 1996    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Matsunoki Group, Inc. d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By assignment.

APPLICATION RECEIVED
**AUG 1 0 2004**
ONE DEPOSIT RECEIVED
**JUL 0 8 2005**
TWO DEPOSITS RECEIVED
**AUG 1 0 2004**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **SDW**                                                  FORM VA

CHECKED BY

X CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY


"Year date in notice" 1998

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     **5**
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.     **6**
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a
See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.     **7**
Name ▼                                          Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Lutzker, Lutzker & Settlemyer LLP, Attn:  Susan J. Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D.C.  20005

Area code and daytime telephone number    ( 202 ) 408-7600          Fax number    ( 202 ) 408-7677

Email    susan@lutzker.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the     **8**

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Matsunoki Group, Inc. d/b/a Haiku Houses
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan J. Lutzker                                              Date  August 10, 2004

Handwritten signature (X) ▼

x  _Susan J. Lutzker_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lutzker, Lutzker & Settlemyer LLP  Attn: Susan J. Lutzker
Number/Street/Apt ▼
1000 Vermont Avenue, NW, Suite 450
City/State/ZIP ▼
Washington, D.C.  20005

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                              U.S. Government Printing Office: 2003-496-605/60,028

# Certificate of Registration  Additional Certificate (17 U.S.C. 706)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
*For a Nondramatic Literary Work*

**TX 5-997-502**

EFFECTIVE DATE OF REGISTRATION

5-13-04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1
**TITLE OF THIS WORK ▼**
Haiku Houses  Country Houses of 16th Century Japan  Catalog, 1996 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**a** NAME OF AUTHOR ▼
Haiku Houses, Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼  N/A    Year Died ▼  N/A

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Catalog including text, photos and drawings

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given  Year in all cases
1996

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 15  Year ▶ 1996
United States    ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Matsunoki Group, Inc  d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
MAY 1 3 2004
ONE DEPOSIT RECEIVED
MAY 1 3 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

*See instructions before completing this space*

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

\*Amended by C.O. per e-mail from Susan Lutzker
received on July 28, 2004.

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes, give Previous Registration Number ▶     Year of Registration ▶

**NOTE:  Earlier versions of work are being registered simultaneously with this application.**

**5**

---

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Haiku Houses  Country Houses of 16th Century Japan  Catalog, 1994 edition

**a**

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional and expanded text and images, including new house models

**b**

**6**

See instructions before completing this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼        Account Number ▼ .

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Lutzker, Lutzker & Settlemyer LLP, Attn  Susan J Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D C  20005

Area code and daytime telephone number ▶ 202-408-7600      Fax number ▶ 202-408-7677

Email ▶ susan@lutzker com

**b**

**7**

---

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Matsunoki Group, Inc d/b/a Haiku Houses

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Susan J. Lutzker      Date ▶ May 13, 2004

Handwritten signature (X) ▼

X _____ _Susan J. Lutz_ _____

---

| Certificate will be mailed in window envelope to this address | Name ▼ | |
| --- | --- | --- |
| | Lutzker, Lutzker & Settlemyer LLP Attn  Susan J  Lutzker | |
| | Number/Street/Apt ▼ | |
| | 1000 Vermont Avenue, Suite 450 | |
| | City/State/ZIP ▼ | |
| | Washington, D C  20005 | |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office  TX
101 Independence Avenue S E
Washington D C  20559 6222

Fees are subject to change For current fees check the Copyright Office website at www.copyright gov write the Copyright Office or call (202) 707 3000

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500*

Rev July 2003—xxx  Web Rev July 2003  ⊕ Printed on recycled paper      U.S. Government Printing Office 2000-461 113/20 021

Certificate of Registration    **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-997-500**

EFFECTIVE DATE OF REGISTRATION

5-13-04

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Haiku Houses   Country Houses of 16th Century Japan   Catalog, 1999 edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**   NAME OF AUTHOR ▼
Landmark Architecture & Design, Inc  d/b/a Haiku Houses

DATES OF BIRTH AND DEATH
Year Born ▼   N/A    Year Died ▼   N/A

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Catalog including text, photos and drawings

**NOTE**
Under the law, the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1999
This information must be given   ◄ Year In all cases

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published   Month ▶ June   Day ▶ 15   Year ▶ 1999
Nation ▶ United States   ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Matsunoki Group, Inc d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
*--NA-- By Assignment

APPLICATION RECEIVED
MAY 1 3 2004

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 1 3 2004

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

\*Amended by C.O. per e-mail from Susan Lutzker received on July 28, 2004.

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶

**5**

NOTE:  Earlier versions of work are being registered simultaneously with this application.
Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Haiku Houses  Country Houses of 16th Century Japan  Catalog, 1996 edition

a

**6**

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional and revised text

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                          Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Lutzker, Lutzker & Settlemyer LLP,  Attn  Susan J Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D C  20005

b

Area code and daytime telephone number ▶ 202-408-7600                Fax number ▶ 202-408-7677
Email ▶ susan@lutzker com

**CERTIFICATION\*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Matsunoki Group, Inc  d/b/a  Haiku Houses
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Susan J  Lutzker                                                Date ▶ May 13, 2004

Handwritten signature (X) ▼

X ___ Susan J Lutzker ___

| Certificate will be mailed in window envelope to this address | Name ▼ | |
| --- | --- | --- |
| | Lutzker, Lutzker & Settlemyer LLP  Attn  Susan J  Lutzker | |
| | Number/Street/Apt ▼ | |
| | 1000 Vermont Avenue, Suite 450 | |
| | City/State/ZIP ▼ | |
| | Washington, D C  20005 | |

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material
MAIL TO:
Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

**9**

Fees are subject to change  For current fees  check the Copyright Office website at www copyright gov  write the Copyright Office  or call (202) 707-3000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev  July 2003    ⊛ Printed on recycled paper                US Government Printing Office 2000-461 113/20 021

Certificate of Registration     **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-318-053**

EFFECTIVE DATE OF REGISTRATION

**AUG 10 2004**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼        NATURE OF THIS WORK ▼ See Instructions

Haiku Houses Builder's Guide       Visual and Text Instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼         DATES OF BIRTH AND DEATH
Haiku Houses, Ltd.        Year Born ▼    Year Died ▼

N/A

Was this contribution to the work a "work made for hire"?    Author's Nationality or Domicile Name of Country    Was This Author's Contribution to the Work
☑ Yes    OR Citizen of **USA**    Anonymous? ☐ Yes ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
☐ No    Domiciled in    Pseudonymous? ☐ Yes ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map     ☑ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    Architectural work

**b** Name of Author ▼        Dates of Birth and Death
       Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?    Author's Nationality or Domicile Name of Country    Was This Author's Contribution to the Work
☐ Yes    OR Citizen of    Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
☐ No    Domiciled in    Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map     ☑ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☑ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed **2001** This information must be given in all cases.
**b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month **November** Day **1** Year **2001**    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Matsunoki Group, Inc. d/b/a Haiku Houses
201 Fox Way Pointe
Nashville, TN 37221

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment.

APPLICATION RECEIVED   **JUL 08 2005**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED   **AUG 10 2004**
FUNDS RECEIVED

DO NOT WRITE HERE

See instructions before completing this space.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY   S.D.W.   FORM VA

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**\* An earlier version of work is being registered simultaneously with this application.**

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Haiku Houses Builder's Guide 1996 edition.   **a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional text.   **b**

See instructions before completing this space.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼   **a**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**

Lutzker, Lutzker & Settlemyer LLP, Attn: Susan J. Lutzker
1000 Vermont Avenue, NW, Suite 450
Washington, D.C. 20005

Area code and daytime telephone number ( 202 ) 408-7600     Fax number ( 202 ) 408-7677
Email  susan@lutzker.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Matsuoki Group, Inc. d/b/a Haiku Houses
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan J. Lutzker     Date August 10, 2004

Handwritten signature (X) ▼
x  Susan J. Lutzker

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Lutzker, Lutzker & Settlemyer LLP Attn: Susan J. Lutzker
Number/Street/Apt ▼
1000 Vermont Avenue, NW, Suite 450
City/State/ZIP ▼
Washington, D.C. 20005

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ●Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration     **Additional Certificate (17 U.S.C. 706)**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-269-859**

EFFECTIVE DATE OF REGISTRATION

| 5 | 13 | 04 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Haiku Houses   Country Houses of 16th Century Japan

**NATURE OF THIS WORK ▼ See Instructions**

Website

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   Landmark Architecture & Design Inc d/b/a Haiku Houses

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
N/A

**NOTE**

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom this work was prepared as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
       Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is Yes see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork       ☑ Photograph    ☑ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
       Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

a   **Year in Which Creation of This Work Was Completed**
1999
This information must be given
Year in all cases

b   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month November   Day 15   Year 1999
Nation World Wide

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Matsunoki Group Inc d/b/a Haiku Houses
201 Fox Way Pointe
Nashville TN 37221

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**By Assignment**

APPLICATION RECEIVED AUG 09 2004
ONE DEPOSIT RECEIVED MAY 13 2004
TWO DEPOSITS RECEIVED MAY 13 2004
FUNDS RECEIVED

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _PMH/ CK_     **FORM VA**

CHECKED BY

☒ CORRESPONDENCE
   Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes   why is another registration being  sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b  **Material Added to This Work**  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a
See instructions
before completing
this space

b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State /ZIP ▼

Lutzker  Lutzker & Settlemyer LLP  Attn   Susan J  Lutzker
1000 Vermont Avenue  NW  Suite 450
Washington  D C  20005

Area code and daytime telephone number   ( 202 )  408 7600          Fax number     ( 202 ) 408 7677

Email   susan@lutzker com

**7**

a

b

---

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Matsuoki Group  Inc  d/b/a Haiku Houses**
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Susan J  Lutzker          Date  Mar 13  2004

Handwritten signature (X) ▼

X   _Susan J Lutz_

**8**

---

**9**

**Certificate
will be
mailed in
window
envelope
to this
address**

**Name** ▼
Lutzker  Lutzker & Settlemyer LLP  Attn  Susan J  Lutzker

**Number/Street/Apt** ▼
1000 Vermont Avenue  NW  Suite 450

**City/State/ZIP** ▼
Washington  D C  20005

**YOU MUST**
Complete all necessary spaces
Sign your application  space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to  Register  of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev  August 2003—30 000  Web Rev  June 2002  ♻ Printed on recycled paper          U S  Government Printing Office  2003-496 605/60 029

Exhibit "B"



7135787

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,940,716 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 12, 1995*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 12, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

 *MATSUNOKI GROUP, INC.*

 *A TENNESSEE CORPORATION*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER

Certifying Officer



Int. Cl.: 19

Prior U.S. Cls.: 1, 12, 33 and 50

## United States Patent and Trademark Office

Reg. No. 1,940,716
Registered Dec. 12, 1995

### TRADEMARK
### PRINCIPAL REGISTER

# HAIKU 倉 HOUSES
### COUNTRY HOUSES OF 16TH CENTURY JAPAN

STEEN, GORDON R. (UNITED STATES CITI-
ZEN)
250 NEWPORT CENTER DRIVE, SUITE 201
NEWPORT BEACH, CA 92660

FOR: PRE-FABRICATED HOMES FEATUR-
ING ARCHITECTURE INFLUENCED BY AN-
CIENT JAPANESE COUNTRY HOUSE DESIGN
SOLD IN ASSEMBLED, PARTIALLY ASSEM-
BLED AND KIT FORM, IN CLASS 19 (U.S. CLS.
1, 12, 33 AND 50).

FIRST USE 4-1-1987; IN COMMERCE
4-1-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOUSES" AND/OR THE

WORDING AND NUMBERING "COUNTRY
HOUSES OF 16TH CENTURY JAPAN", APART
FROM THE MARK AS SHOWN.

THE JAPANESE SYMBOL COMPRISING A
PORTION OF THE MARK MAY BE TRANSLIT-
ERATED AS "KURA" AND IS THE JAPANESE
SYMBOL FOR A STOREHOUSE OR WARE-
HOUSE.

SER. NO. 74-553,203, FILED 7-25-1994.

SIDNEY I. MOSKOWITZ, EXAMINING ATTOR-
NEY

Exhibit "C"

