1  Richard P. Sybert, Bar No. 80731
   email rsybert@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, California 94111
   tel (415) 986-5900 / fax (415) 986-8054
4
   Craig J. Mariam, Bar No. 225280
5  email cmariam@gordonrees.com
   GORDON & REES LLP
6  101 W. Broadway, Suite 1600
   San Diego, California 92101
7  tel (619) 696-6700 / fax (619) 696-7124

8  Attorneys for Plaintiff
   MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
   MATSUNOKI GROUP, INC., doing business ) Civil Action No. CV 08 4078
13 as HAIKU HOUSES,                      )
                                         )
14                Plaintiff              ) CERTIFICATION OF INTERESTED
                                         ) ENTITIES OR PERSONS
15        v.                             )
                                         )
16 TIMBERWORK OREGON, INC.;              )
   TIMBERWORK, INC.; JOAN L. SHUELL;     )
17 EARL MAURY BLONDHEIM; DON PAUL;       )
   ILENE ENGLISH-PAUL; and DOES 1 through)
18 10, inclusive,                        )
                                         )
19                Defendants.            )
                                         )
20

21      Pursuant to Civil L.R. 3-16 of the Northern District of California, the undersigned, counsel

22 of record for Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES, certifies that the

23 following listed persons, associations of persons, firms, partnerships, corporations (including

24 parent corporations) or other entities have a financial interest in the subject matter in controversy

25 or in a party to the proceeding, or have a non-financial interest in that subject matter or in a party

26 that could be substantially affected by the outcome of this proceeding:

27      1. MATSUNOKI GROUP, INC. dba HAIKU HOUSES- Plaintiff

28      2. TIMBERWORK OREGON, INC.- Defendant

                                                1
                                CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3. TIMBERWORK, INC- Defendant

4. JOAN L. SHUELL- Defendant

5. EARL MAURY BLONDHEIM- Defendant

6. DON PAUL- Defendant

7. ILENE ENGLISH-PAUL- Defendant

Dated: August 26, 2008

Respectfully submitted,
GORDON & REES LLP

by _____
Richard P. Sybert/Craig J. Mariam
Attorneys for Plaintiff
MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES™