UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.: 08-cv-01078-CW<br><br>*Honorable Claudia Wilken*<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS AND CASE MANAGEMENT CONFERENCE** |

**Whereas** defendants Joan L. Schuell and Earl Maury Blondheim ("Defendants") have filed a motion to dismiss this action, originally noticed for hearing on November 18, 2008 at 2:00 p.m.;

**Whereas** this Court has scheduled a case management conference for December 2, 2008 at 2:00 p.m. with a case management statement due by November 25, 2008;

**Whereas** counsel for Plaintiff is unavailable the week of November 18, 2008 and the parties desire to continue and consolidate the hearings on these matters to December 4, 2008 at 2:00 p.m.

1

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. :08-CV-04078-CW**

**Now therefore** the parties, through the undersigned counsel, hereby stipulate and agree that the hearing on Defendants' motion to dismiss is continued to **December 4, 2008 at 2:00 p.m.** Plaintiff's Opposition is due no later than November 6, 2008 and Defendants' Reply is due no later than November 20, 2008.

The parties, through the undersigned counsel, further stipulate and agree that the case management conference be consolidated for hearing with the motion to dismiss and continued to **December 4, 2008 at 2:00 p.m**.  The case management statement shall be filed and served no later than **November 25, 2008.**

**IT IS SO STIPULATED.**

Dated:  October 15, 2008

    GORDON & REES LLP

    by  s/ Craig J. Mariam
    Richard P. Sybert/Craig J. Mariam
    Attorneys for Plaintiff
    MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES™

Dated:  October 15, 2008

    DONAHUE GALLAGHER WOODS LLP

    by  s/ John C. Kirke
    John C. Kirke
    Attorneys for Defendants
    TIMBERWORK OREGON, INC.;
    TIMBERWORK, INC.; JOAN L. SHUELL;
    EARL MAURY BLONDHEIM; DON PAUL;
    ILENE ENGLISH-PAUL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  10/16/08

    _____
    Honorable Claudia Wilken