1  JULIAN J. PARDINI, SB# 133878
   ALAN J. HAUS, SB# 111556
2  ROWENA C. SETO, SB# 235103
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  One Sansome Street, Suite 1400
   San Francisco, California  94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for TIMBERWORK, INC.
6  (erroneously sued as "TIMBERWORK OREGON, INC."),
   JOAN L. SHUELL and EARL BLONDHEIM
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 | MATSUNOKI GROUP, INC. dba HAIKU | ) CASE NO. CV 08 4078 CW
   | HOUSES,                          | )
12 |                                  | )
   |         Plaintiff,               | ) **JOINT STIPULATION TO CONTINUE**
13 |                                  | ) **JURISDICTIONAL**
   |     v.                           | ) **DISCOVERY/MOTIONS DEADLINES;**
14 |                                  | ) **ORDER**
   | TIMBERWORK OREGON, INC.;         | )
15 | TIMBERWORK, INC.; JOAN L. SHUELL;| )
   | EARL MAURY BLONDHEIM; DON        | ) Hon. Claudia Wilken
16 | PAUL; ILENE ENGLISH-PAUL; and    | )
   | DOES 1 through 10, inclusive,    | )
17 |                                  | )
   |         Defendants.              | ) Action Filed: 8/25/08
18 |                                  | )
   |_____| )
19

20       Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES and Defendants

21 TIMBERWORK, INC. (formerly known as and erroneously sued as "TIMBERWORK

22 OREGON, INC."), JOAN L. SHUELL and EARL MAURY BLONDHEIM, hereby jointly

23 stipulate to continue the jurisdictional discovery/motions deadlines by 14 days.

24       On October 10, 2008, Defendants Shuell and Blondheim filed a motion to dismiss

25 for lack of personal jurisdiction and for improper venue.  On December 4, 2008, this Court

26 granted Shuell's and Blondheim's motions to dismiss with leave to amend.  Pursuant to this

27 Court's minute order dated December 4, 2008, the parties were to complete jurisdictional

28 discovery within 60 days, by February 2, 2009.

4821-1213-1843.1                           -1-

1   This Court's order deferring ruling on Shuell's and Blondheim's motion to dismiss dated December 12, 2008, provided that Plaintiff Matsunoki may submit a five-page supplemental brief in support of its opposition to Shuell's and Blondheim's motion to dismiss for lack of personal jurisdiction within 60 days, by February 10, 2009.  The December 12, 2008 order also provided that Shuell and Blondheim would have two weeks to respond in a five-page reply to Matsunoki's supplemental brief, by February 24, 2009.

On January 9, 2009, Timberwork, Inc., Shuell and Blondheim substituted the law firm of Lewis Brisbois Bisgaard & Smith LLP as their attorney of record in the place and stead of the law firm of Donahue Gallagher Woods LLP.  By that date, Blondheim's and Shuell's depositions regarding jurisdiction had been scheduled for January 22, 2009 and January 23, 2009, respectively, and Shuell's and Blondheim's responses to Matsunoki's interrogatories regarding personal jurisdiction and requests for documents regarding personal jurisdiction, served on December 16, 2008, were due by January 20, 2009.

Due to the severe time constraints imposed by the current schedule, and for purposes of allowing new counsel for Shuell and Blondheim adequate time to review voluminous documents, provide substantive responses to the interrogatories and requests for documents and properly prepare for Shuell's and Blondheim's depositions, on January 15, 2009, counsel for Shuell and Blondheim requested that Matsunoki's counsel agree to stipulate to extend the jurisdictional discovery deadlines and deadlines regarding the supplemental and reply briefs by two weeks.  Matsunoki's counsel agreed to so stipulate.  Therefore, the parties agree and stipulate to the following, subject to the Court's approval:

1. The jurisdictional discovery deadline as set forth in this Court's order dated December 4, 2008 is moved from February 2, 2009 to February 16, 2009.

2. The deadline for Matsunoki to submit a five-page supplemental brief in support of its opposition to Shuell's and Blondheim's motion to dismiss for lack of personal jurisdiction as set forth in this Court's order dated December 12, 2008, is moved from February 10, 2009 to February 24, 2009.

3. The deadline for Shuell and Blondheim to respond in a five-page reply to

1 Matsunoki's supplemental brief as set forth in this Court's order dated
2 December 12, 2008, is moved from February 24, 2009 to March 10, 2009.
3
4 Respectfully submitted,
5
6 DATED: January ___, 2009       LEWIS BRISBOIS BISGAARD & SMITH LLP
7
8                                By_____
9                                    Julian J. Pardini
                                     Alan J. Haus
                                     Rowena C. Seto
10
11 DATED: January ___, 2009       GORDON & REESE LLP
12
13
14                                By_____
                                     Richard P. Sybert
                                     Craig J. Mariam
15
16
17                                    **ORDER**
18 Upon reviewing the above-stipulated request of the parties for an order continuing
19 the jurisdictional discovery deadlines,
20 **IT IS HEREBY ORDERED** that:
21  1.  The jurisdictional discovery deadline as set forth in this Court's order dated
22      December 4, 2008 is moved from February 2, 2009 to February 16, 2009.
23  2.  The deadline for Matsunoki to submit a five-page supplemental brief in
24      support of its opposition to Shuell's and Blondheim's motion to dismiss for
25      lack of personal jurisdiction as set forth in this Court's order dated December
26      12, 2008, is moved from February 10, 2009 to February 24, 2009.
27 / / /
28 / / /

3. The deadline for Shuell and Blondheim to respond in a five-page reply to Matsunoki's supplemental brief as set forth in this Court's order dated December 12, 2008, is moved from February 24, 2009 to March 10, 2009.

DATED: January 22, 2009

By _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE