JULIAN J. PARDINI, ESQ.  SB# 133878
E-Mail: pardini@lbbslaw.com
ALAN J. HAUS, ESQ.  SB# 111556
E-Mail: haus@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for TIMBERWORK, INC.
(erroneously sued as "TIMBERWORK OREGON, INC."),
JOAN L. SHUELL and EARL BLONDHEIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC. dba HAIKU HOUSES, <br><br> Plaintiff, <br><br> v. <br><br> TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 08 4078 CW <br><br> The Honorable Claudia Wilken, Judge <br><br> **STIPULATION TO CONTINUE MEDIATION DATE AND EXTEND MEDIATION DEADLINE; MEDIATOR'S CONCURRENCE; ORDER** <br><br><br><br><br> Action Filed: 8/25/08 |

Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES (hereinafter "Plaintiff") and Defendants TIMBERWORK OREGON, INC., TIMBERWORK, INC., (erroneously sued as "TIMBERWORK OREGON, INC."), JOAN L. SHUELL, EARL MAURY BLONDHEIM, DON PAUL, and ILENE ENGLISH-PAUL (collectively, "Defendants") (Plaintiff and Defendants are referred to, collectively, hereinafter as "the Parties"), by and through their respective counsel agree and stipulate as follows:

/ / /

/ / /

/ / /

# RECITALS

1. Whereas Plaintiff previously produced voluminous documents and has recently produced several hundred additional pages of documents responsive to Defendants' Request for Production of Documents;

2. Whereas Defendants are still collecting documents for production in response to Plaintiff's Request for Production of Documents;

3. Whereas the Parties are negotiating in good faith with respect to a stipulated protective order so as to protect trade secrets and other propriety information belonging to each and the Parties anticipate that upon execution and entry of said protective order the Parties will produce additional documents;

4. Whereas the Parties' respective counsel must review all documents prior to mediation to optimize the prospects for settlement at mediation;

5. Whereas various persons with decision-making authority have advised that they wish to participate in the mediation of this litigation but are not available for mediation as presently scheduled, and their participation will optimize the prospects for settlement at mediation;

6. Whereas the Parties have in good faith engaged in discovery, including depositions, thus far so as to explore only the issue of the propriety of the Court's exercising personal jurisdiction over certain individual Defendants, and believe additional depositions are necessary so as to fully evaluate the issues presented in this case and to optimize the prospects for settlement at mediation;

7. Whereas there is pending a motion to dismiss certain Defendants;

8. Whereas the Court ordered that the Parties complete mediation by March 13, 2009, or as soon thereafter as is convenient to the mediator's schedule;

9. Whereas the Court appointed Mark LeHocky to act as mediator; and

10. Whereas the Parties and Mr. LeHocky initially scheduled mediation to take place on March 25, 2009;

THEREFORE, the Parties hereby stipulate as follows:

# **STIPULATION**

Based on the foregoing recitals,

1. That the mediation presently scheduled for March 25, 2009, be continued; and

2. That the Court extend the deadline for Plaintiff and Defendants to engage in mediation to May 29, 2009, or as soon thereafter as the schedules of the Parties, their respective counsel, and Mr. LeHocky, will allow.

IT IS SO STIPULATED.

Dated: March __, 2009            GORDON & REES LLP


By____/s/_____
         Richard P. Sybert
         Lindsay J. Hulley
Attorneys for Plaintiff
MATSUNOKI GROUP, INC. dba HAIKU HOUSES

Dated: March __, 2009            DONAHUE GALLAGHER WOODS LLP


By_____/s/_____
         John C. Kirke
         Andrew S. Mackay
         Jocelyn M Belloni
Attorneys for Defendants
DON PAUL and ILENE ENGLISH-PAUL

Dated: March __, 2009            LEWIS BRISBOIS BISGAARD & SMITH LLP


By_____/s/_____
         Julian J. Pardini
         Alan J. Haus
Attorneys for Defendants
TIMBERWORK, INC.(erroneously sued as "TIMBERWORK OREGON, INC."),
JOAN L. SHUELL and EARL BLONDHEIM

///

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**MEDIATOR'S CONCURRENCE**

I concur in the above stipulation.

Dated: March __, 2009

_/s/_____
Mark LeHocky
Mediator

**ORDER**

Based on the foregoing stipulation of the Parties and the Mediator's concurrence,

**THE COURT HEREBY ORDERS AND DECREES** that the mediation scheduled in this action to take place on March 25, 2009, be and hereby is **CONTINUED**, and, further,

**THE COURT HEREBY ORDERS AND DECREES** that the deadline for the Parties to engage in mediation be and here is **EXTENDED** to May 29, 2009, or as soon thereafter as the schedules of the Parties, their respective counsel, and the Mediator, will allow.

IT IS SO ORDERED.

Dated: March 17, 2009

_____
Claudia Wilken
United States District Judge
Northern District of California

4813-0015-2835.1

-4-

STIPULATION TO CONTINUE MEDIATION AND EXTEND DEADLINE TO COMPLETE MEDIATION; MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER