1  JULIAN J. PARDINI, SB# 133878
   ALAN J. HAUS, SB# 111556
2  ROWENA C. SETO, SB# 235103
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  One Sansome Street, Suite 1400
   San Francisco, California  94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for TIMBERWORK, INC.
6  (erroneously sued as "TIMBERWORK OREGON, INC."),
   JOAN L. SHUELL and EARL BLONDHEIM
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MATSUNOKI GROUP, INC. dba HAIKU  )  CASE NO. CV 08 4078 CW
   HOUSES,                          )
12                                  )
          Plaintiff,                )  **JOINT STIPULATION TO CONTINUE**
13                                  )  **MEDIATION DEADLINE;  ORDER**
      v.                            )
14                                  )
   TIMBERWORK OREGON, INC.;         )  Hon. Claudia Wilken
15 TIMBERWORK, INC.; JOAN L. SHUELL;)
   EARL MAURY BLONDHEIM; DON        )
16 PAUL; ILENE ENGLISH-PAUL; and    )
   DOES 1 through 10, inclusive,    )  Action Filed: 8/25/08
17                                  )
          Defendants.                )
18                                  )
                                     )
19

20      Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES (hereinafter

21 "Plaintiff") and Defendants TIMBERWORK OREGON, INC., TIMBERWORK, INC.,

22 (erroneously sued as "TIMBERWORK OREGON, INC."), EARL MAURY

23 BLONDHEIM, DON PAUL, and ILENE ENGLISH-PAUL (collectively, "Defendants")

24 (Plaintiff and Defendants are hereinafter referred to, collectively, as "the Parties"), by and

25 through their respective counsel agree and stipulate as follows:

26                          **RECITALS**

27      1.   The Court previously ordered that the Parties complete mediation by

28 March 13, 2009, or as soon thereafter as was convenient to the mediator's schedule.

1      2.    The Court has appointed Mark LeHocky to act as mediator, and the Parties and Mr. LeHocky initially scheduled mediation to take place on March 25, 2009.

3.    Thereafter, due to discovery issues and a pending protective order, the Parties stipulated to extend the deadline for Plaintiff and Defendants to engage in mediation to May 29, 2009, or as soon thereafter as the schedules of the Parties, their respective counsel, and Mr. LeHocky, would allow. The Parties scheduled mediation to take place on June 1, 2009.

4.    On March 27, 2009, Timberwork, Inc. noticed the depositions of Plaintiff's corporate officer, Charla Honea, and its Person Most Knowledgeable, to take place on April 13 and 14, 2009, respectively. The notice provided that the depositions would take place in San Francisco, California.

5.    On March 31, 2009, Plaintiff's counsel objected to the location, claiming that the depositions should take place in Nashville, Tennessee, Plaintiff's principal place of business. After discussions with Plaintiff's counsel, Timberwork's counsel agreed to travel to Nashville, Tennessee to conduct these depositions.

6.    On April 30, 2009, Plaintiff's counsel advised that their clients are not available for deposition until June 3, 2009, in Nashville, Tennessee.

THEREFORE, the Parties hereby stipulate as follows:

## **STIPULATION**

Based on the foregoing recitals,

1.    That the mediation presently scheduled for June 1, 2009, be continued; and

2.    That the Court extend the deadline for Plaintiff and Defendants to engage in mediation to July 6, 2009, or as soon thereafter as the schedules of the Parties, their respective counsel, and Mr. LeHocky, will allow.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | DATED: May ___, 2009 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By _____
   Julian J. Pardini
   Alan J. Haus
   Rowena C. Seto
   Attorneys for Defendants
   TIMBERWORK, INC.(erroneously sued as "TIMBERWORK OREGON, INC.") and
   EARL MAURY BLONDHEIM

DATED: May ___, 2009        GORDON & REESE LLP

By _____
   Richard P. Sybert
   Lindsay J. Hulley
   Attorneys for Plaintiff
   MATSUNOKI GROUP, INC. dba HAIKU HOUSES

DATED: May ___, 2009        DONAHUE GALLAGHER WOODS LLP

By _____
   John C. Kirke
   Andrew S. Mackay
   Jocelyn M Belloni
   Attorneys for Defendants
   DON PAUL and ILENE ENGLISH-PAUL

## **MEDIATOR'S CONCURRENCE**

I concur in the above stipulation.

DATED: May ___, 2009        _____
                                         Mark LeHocky
                                         Mediator

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the foregoing stipulation of the Parties and the Mediator's concurrence, |
| 3 | **THE COURT HEREBY ORDERS AND DECREES** that the mediation |
| 4 | scheduled in this action to take place on June 1, 2009, be and hereby is **CONTINUED**, |
| 5 | and, further, |
| 6 | **THE COURT HEREBY ORDERS AND DECREES** that the deadline for |
| 7 | the Parties to engage in mediation be and here is **EXTENDED** to July 6, 2009, or as soon |
| 8 | thereafter as the schedules of the Parties, their respective counsel, and the Mediator, will |
| 9 | allow. |
| 10 | IT IS SO ORDERED. |
| 12 | Dated: May 8, 2009 |

_____
Claudia Wilken
United States District Judge
Northern District of California