1   JULIAN J. PARDINI, ESQ.  SB# 133878
          E-Mail: pardini@lbbslaw.com
2   ALAN J. HAUS, ESQ.  SB# 111556
          E-Mail: haus@lbbslaw.com
3   ROWENA C. SETO, ESQ.  SB# 235103
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
4   One Sansome Street, Suite 1400
    San Francisco, California  94104
5   Telephone: (415) 362-2580
    Facsimile: (415) 434-0882
6
    Attorneys for TIMBERWORK, INC.
7   (erroneously sued as "TIMBERWORK OREGON, INC."),
    JOAN L. SHUELL and EARL BLONDHEIM
8

9                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
    MATSUNOKI GROUP, INC. dba HAIKU   ) CASE NO. CV 08 4078 CW
12  HOUSES,                            )
                                       ) The Honorable Claudia Wilken, Judge
13         Plaintiff,                  )
                                       ) **STIPULATION TO CONTINUE**
14         v.                          ) **MEDIATION DATE AND EXTEND**
                                       ) **MEDIATION DEADLINE;**
15  TIMBERWORK OREGON, INC.;           ) **MEDIATOR'S CONCURRENCE;**
    TIMBERWORK, INC.; JOAN L. SHUELL;  ) **ORDER**
16  EARL MAURY BLONDHEIM; DON          )
    PAUL; ILENE ENGLISH-PAUL; and      )
17  DOES 1 through 10, inclusive,      )
                                       )
18         Defendants.                 )
                                       ) Action Filed: 8/25/08
19  _____)

20

21         Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES (hereinafter

22  "Plaintiff") and Defendants TIMBERWORK OREGON, INC., TIMBERWORK, INC.,

23  (erroneously sued as "TIMBERWORK OREGON, INC."), EARL MAURY

24  BLONDHEIM, DON PAUL, and ILENE ENGLISH-PAUL (collectively, "Defendants")

25  (Plaintiff and Defendants are referred to, collectively, hereinafter as "the Parties"), by and

26  through their respective counsel, agree and stipulate as follows:

27  / / /

28  / / /

4815-6526-6947.1                          -1-

**RECITALS**

1.     The Court has appointed Mark LeHocky to act as mediator, and the Parties and Mr. LeHocky previously stipulated to extending the Court's deadline to engage in mediation to July 6, 2009.

2.     The Court signed an Order extending the deadline for the Parties to engage in mediation to July 6, 2009, or as soon thereafter as the schedules of the Parties, their respective counsel, and Mr. LeHocky, would allow.

3.     Due to the schedules of the Parties, their respective counsel, and Mr. LeHocky, the earliest date on which all parties are available to engage in mediation is August 7, 2009.

THEREFORE, the Parties hereby stipulate as follows:

**STIPULATION**

Based on the foregoing recitals,

1.     That the Court extend the deadline for Plaintiff and Defendants to engage in mediation until August 7, 2009.

2.     That Plaintiff and Defendants will engage in mediation on August 7, 2009.

IT IS SO STIPULATED.


Dated:  June __, 2009                    GORDON & REES LLP


                                        */s/*
                                        By_____
                                            Richard P. Sybert
                                            Lindsay J. Hulley
                                        Attorneys for Plaintiff
                                        MATSUNOKI GROUP, INC. dba HAIKU HOUSES



/ / /

/ / /

/ / /

4815-6526-6947.1                                    -2-
STIPULATION TO CONTINUE MEDIATION AND EXTEND DEADLINE TO COMPLETE MEDIATION;
MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER

1    Dated:  June__, 2009                          DONAHUE GALLAGHER WOODS LLP

2
                                                            */s/*
3                                                   By_____
                                                            John C. Kirke
4                                                           Andrew S. Mackay
                                                            Jocelyn M Belloni
5                                                   Attorneys for Defendants
                                                    DON PAUL and ILENE ENGLISH-PAUL
6

7

8    Dated:  June __, 2009                         LEWIS BRISBOIS BISGAARD & SMITH LLP

9
                                                            */s/*
10                                                  By_____
                                                            Julian J. Pardini
11                                                          Alan J. Haus
                                                            Rowena C. Seto
12                                                  Attorneys for Defendants
                                                    TIMBERWORK, INC.(erroneously sued as
13                                                  "TIMBERWORK OREGON, INC."), and
                                                    EARL M. BLONDHEIM
14

15

16                            **MEDIATOR'S CONCURRENCE**

17          I concur in the above stipulation.

18

19   Dated:  June __, 2009                          _____*/s/*_____
                                                            Mark LeHocky
20                                                          Mediator

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE MEDIATION AND EXTEND DEADLINE TO COMPLETE MEDIATION;
MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER

1

**ORDER**

2       Based on the foregoing stipulation of the Parties and the Mediator's concurrence,

3       **THE COURT HEREBY ORDERS AND DECREES** that the mediation

4  scheduled in this action to take place by July 6, 2009, be and hereby is **CONTINUED**,

5  and, further,

6       **THE COURT HEREBY ORDERS AND DECREES** that the deadline for

7  the Parties to engage in mediation be and here is **EXTENDED** to August 7, 2009.

8       IT IS SO ORDERED.

9

10  Dated:   June 30, 2009      _____

                    Claudia Wilken
11                   United States District Judge
                    Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4815-6526-6947.1                           -4-
STIPULATION TO CONTINUE MEDIATION AND EXTEND DEADLINE TO COMPLETE MEDIATION;
MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER