Richard P. Sybert, Bar No. 080731
rsybert@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California  94111
tel (415) 986-5900 / fax (415) 986-8054

Lindsay J. Hulley, Bar No. 184924
lhulley@gordonrees.com
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, California 92660
tel (949) 255-6950 / fax (949) 474-2660

Attorneys for Plaintiff
MATSUNOKI GROUP, INC. dba HAIKU HOUSES

Julian J. Pardini, Bar No. 133878
email: pardini@lbbslaw.com
Alan J. Haus, Bar No. 111556
email: haus@lbbslaw.com
Rowena C. Seto, Bar No. 235103
Email: rseto@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
tel (415) 362-2580 / fax (415) 434-0882

Attorneys for TIMBERWORK, INC.,
and EARL BLONDHEIM

JOHN C. KIRKE
Johnk@donahue.com
LAW OFFICES OF DONAHUE GALLAGHER WOODS LLP
300 Lakeside Drive, Suite 1900
Oakland, California  94612
tel (510) 451-0544 / fax (510) 832-1486

Attorneys for Defendants
DON PAUL and ILENE ENGLISH-PAUL

///

///

///

///

///

///

1

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. :08-CV-04078-CW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08 4078 CW<br><br>*Honorable Claudia Wilken*<br><br>**STIPULATION TO CONTINUE MEDIATION DATE AND EXTEND MEDIATION DEADLINE; MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER** |

Plaintiff Matsunoki Group, Inc. dba Haiku Houses (hereinafter "Plaintiff") and defendants Timberwork, Inc., Earl Maury Blondheim, Don Paul, and Ilene English-Paul (collectively, "Defendants") (Plaintiff and Defendants are referred to, collectively, hereinafter as "the Parties"), by and through their respective counsel, agree and stipulate as follows:

WHEREAS, the Court has appointed Mark LeHocky to act as mediator, and the Parties and Mr. LeHocky previously stipulated to extending the Court's deadline to engage in mediation to August 7, 2009.

WHEREAS, the Court signed an Order extending the deadline for the Parties to engage in mediation on August 7, 2009.

WHEREAS, on July 6, 2009, Plaintiff's President, Charla Honea underwent a significant emergency surgical procedure after which her doctor determined she was not physically able to travel to California until after September 8, 2009. *See* Declaration of Charla Honea, filed concurrently.

WHEREAS, the parties attempted to secure a new mediation date in September; however due to the schedules of the Parties, their respective counsel, and Mr. LeHocky, the earliest date on which all parties are available to engage in mediation is December 7, 2009.

THEREFORE, the Parties, through the undersigned counsel, hereby stipulate and agree that the mediation will occur on December 7, 2009.

1     **IT IS SO STIPULATED.**

2

3   Dated:  September 10, 2009                      GORDON & REES LLP

4

5                                               By:  */s/ Lindsay J. Hulley*
                                                    Lindsay J. Hulley

6                                                      Attorneys for Plaintiff
                                                    MATSUNOKI GROUP, INC., doing

7                                                    business as HAIKU HOUSES

8   Dated:  September 10, 2009                      LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                                             By:  */s/ Rowena C. Seto*
                                            Rowena C. Seto

11                                             Attorneys for Defendants
                                            TIMBERWORK, INC. and

12                                             EARL M. BLONDHEIM

13   Dated:  September 10, 2009                      DONAHUE GALLAGHER WOODS LLP

14

15                                             By:  */s/ John C. Kirke*
                                            John C. Kirke

16                                             Attorneys for Defendants
                                            DON PAUL and ILENE ENGLISH-PAUL

17

18                             **MEDIATOR'S CONCURRENCE**

19   **I concur in the above stipulation.**

20

21   Dated:  September 10, 2009

22

23                                             By:  */s/ Marc LeHocky*
                                            Marc LeHocky

24                                             Mediator

25

26

27

28

# ORDER

Based upon the foregoing stipulation of the Parties and the Mediator's concurrence, the Court **HEREBY ORDERS** that the mediation previously scheduled for August 7, 2009 be and hereby is continued, and that the mediation shall occur on December 7, 2009.

**IT IS SO ORDERED.**

Dated: Sept. 14, 2009



_____
Judge Claudia Wilken

Richard P. Sybert, Bar No. 080731
rsybert@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054

Lindsay J. Hulley, Bar No. 184924
lhulley@gordonrees.com
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, California 92660
tel (949) 255-6950 / fax (949) 474-2660

Attorneys for Plaintiff
MATSUNOKI GROUP, INC. dba HAIKU HOUSES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-4078 CW<br><br>*Honorable Claudia Wilken*<br><br>**DECLARATION OF CHARLA HONEA IN SUPPORT OF STIPULATION TO CONTINUE MEDIATION DATE AND EXTEND MEDIATION DEADLINE; MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER** |

I Charla Honea, declare as follows:

1. I am the President of Matsunoki Group, Inc., plaintiff in this action. I am over 18 years old and not under any testimonial disability. I have never been convicted of a felony. I have personal knowledge of the facts set forth herein. If I were sworn as a witness at any hearing in this case, I could competently and truthfully testify as follows:

2. The parties in this case previously stipulated to mediate this matter before Mark LeHockey on August 7, 2009.

3. However, on July 6, 2009, I underwent a significant emergency surgical procedure for an incarcerated hernia which necessitated a hospital stay and a protracted recovery period.

1

4. As of July 21, 2009, I was still recovering from my surgery and other medical issues and I was not confident that I would be well enough to travel for the scheduled August 7 mediation.

5. On July 29, 2009, my doctor who performed the surgery, Dr. Cohen, authored a note verifying the status of my recovery and expectation that I would be well enough to travel to California for the mediation after September 8, 2009. A true and correct copy of the note from Dr. Cohen is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of Tennessee and of the United States of America that the foregoing is true and correct and that this declaration was executed this ___ day of September, 2009, in _____.

_____
Charla Honea

4. As of July 21, 2009, I was still recovering from my surgery and other medical issues and I was not confident that I would be well enough to travel for the scheduled August 7 mediation.

5. On July 29, 2009, my doctor who performed the surgery, Dr. Cohen, authored a note verifying the status of my recovery and expectation that I would be well enough to travel to California for the mediation after September 8, 2009. A true and correct copy of the note from Dr. Cohen is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of Tennessee and of the United States of America that the foregoing is true and correct and that this declaration was executed this 10th day of September, 2009, in Mill Valley, CA.

*Charla Honea* [signature]
Charla Honea

# Exhibit A

# NASHVILLE SURGICAL ASSOCIATES

JEANNE F. BALLINGER, M.D., F.A.C.S.

RAY HARGREAVES, M.D., F.A.C.S.

JONATHAN A. COHEN, M.D., F.A.C.S.

4230 HARDING ROAD
SUITE 302 W.
NASHVILLE, TN 37205
(615) 292-7708
(615) 292-7756 (FAX)

July 29, 2009

RE: Charla Honea

To Whom It May Concern:

Charla Honea underwent emergency surgery for an incarcerated hernia on July 6, 2009. She was hospitalized for a few days but made an excellent recovery. She was examined again in follow up on July 16, 2009. It is my understanding that she was to appear in San Francisco for a legal proceeding on August 7, 2009. It is certainly understandable to me why she would have difficulty making that trip so soon after a large emergency surgical procedure. I suspect she will be fine by Labor Day.

Sincerely,

Jonathan A. Cohen, M.D.
Sent without review to avoid delay

JAC/klb

GENERAL SURGERY SPECIALIZING IN CANCER SURGERY, LAPAROSCOPIC SURGERY

Richard P. Sybert, Bar No. 080731
Email: rsybert@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel (415) 986-5900 / Fax (415) 986-8054

Lindsay J. Hulley, Bar No. 184924
Email: lhulley@gordonrees.com
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, CA 92660
Tel (949) 255-6950/ Fax (949) 474-2060

Attorneys for Plaintiff
MATSUNOKI GROUP, INC., dba HAIKU HOUSES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV 08-04078 CW<br><br>*Honorable Claudia Wilken*<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause. On September 10, 2009, I served a true copy of within document(s):

   1.  STIPULATION TO CONTINUE MEDIATION DATE AND EXTEND MEDIATION DEADLINE; MEDIATOR'S CONCURRENCE; [PROPOSED] ORDER

   2.  DECLARATION OF CHARLA HONEA IN SUPPORT OF STIPULATION TO CONTINUE MEDIATION DATE

   3.  CERTIFICATE OF SERVICE

   [X] by attaching a PDF of the same to an electronic mail sent to the e-mail address listed below, according to the parties' agreement.

-1-

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Newport Beach, addressed as set forth below.

| | |
|---|---|
| John C. Kirke<br>LAW OFFICES OF DONAHUE<br>GALLAGHER WOODS LLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>JohnK@donahue.com | Attorneys for Defendants<br>DON PAUL; ILENE ENGLISH-PAUL<br>Telephone:   (510) 451-0544<br>Facsimile:    (510) 832-1486 |
| Julian J. Pardini<br>Alan J. Haus<br>Rowena C. Seto<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>pardini@lbbslaw.com<br>haus@lbbslaw.com<br>seto@lbbslaw.com | Attorneys for Defendants<br>TIMBERWORK OREGON, INC.;<br>TIMBERWORK, INC.; JOAN L.<br>SHUELL; EARL MAURY<br>BLONDHEIM<br>Telephone:   (415) 362-2580<br>Facsimile:    (415) 434-0882 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 10, 2009 at Newport Beach, California.

*/s/ Sandra A. Talbert*
Sandra A. Talbert