1   JULIAN J. PARDINI, SB# 133878
        E-Mail: pardini@lbbslaw.com
2   ALAN J. HAUS, SB# 111556
        E-Mail: haus@lbbslaw.com
3   ROWENA C. SETO, SB# 235103
        E-Mail: seto@lbbslaw.com
4   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    One Sansome Street, Suite 1400
5   San Francisco, California  94104
    Telephone: (415) 362-2580
6   Facsimile: (415) 434-0882

7   Attorneys for TIMBERWORK, INC.
    (erroneously sued as "TIMBERWORK OREGON, INC."),
8   and EARL BLONDHEIM

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13   MATSUNOKI GROUP, INC. dba HAIKU   )  CASE NO. CV 08 4078 CW
     HOUSES,                            )
14                                      )  **STIPULATION AND ORDER TO**
                    Plaintiff,          )  **EXTEND DISCOVERY DEADLINES**
15                                      )  **AND TRIAL DATES**
            v.                          )
16                                      )
     TIMBERWORK OREGON, INC.;           )
17   TIMBERWORK, INC.; JOAN L. SHUELL;  )
     EARL MAURY BLONDHEIM; DON          )
18   PAUL; ILENE ENGLISH-PAUL; and      )  Action Filed: 8/25/08
     DOES 1 through 10, inclusive,      )  Trial Date:    5/3/10
19                                      )
                    Defendants.         )
20                                      )
                                        )
21   _____

22          Plaintiff MATSUNOKI GROUP, INC. dba HAIKU HOUSES (hereinafter

23   "Plaintiff") and Defendants TIMBERWORK, INC., (formerly known as and erroneously

24   sued as "TIMBERWORK OREGON, INC."), EARL M. BLONDHEIM, DON PAUL and

25   ILENE ENGLISH-PAUL (hereinafter collectively "Defendants"; Plaintiff and

26   Defendants are hereinafter collectively referred to as "the Parties"), by and through their

27   respective counsel, agree and stipulate as follows:

28   / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-5484-9284.1                        -1-

1

**<u>RECITALS</u>**

2       1.      The Court, pursuant to its minute order and case management order dated

3   December 10, 2008, ordered the Parties to complete mediation by March 13, 2009, or as

4   soon thereafter as was convenient to the mediator's schedule.  The Court appointed

5   Mark LeHocky to act as mediator, and the Parties and Mr. LeHocky initially scheduled

6   mediation to take place on March 25, 2009 in San Francisco, California.

7       2.      Thereafter, due to discovery issues and a pending protective order, the Parties

8   stipulated to continuing the mediation until May 29, 2009, or as soon thereafter as the

9   schedules of the Parties, their respective counsel and Mr. LeHocky would allow.

10  Mr. LeHocky concurred in this stipulation.  The parties filed the stipulation and an

11  accompanying proposed order with the Court, which the Court signed.  The Parties

12  scheduled mediation to take place on June 1, 2009.

13      3.      Thereafter, Timberwork, Inc., noticed the depositions of Plaintiff's Person

14  Most Qualified pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), to take place

15  on April 14, 2009.  Plaintiff was not available for deposition until June 3, 2009.  As a

16  result, the Parties stipulated that the mediation scheduled for June 1, 2009 be continued,

17  and that the Court extend the deadline for the Parties to engage in mediation to July 6,

18  2009, or as soon thereafter as the schedules of the Parties, their respective counsel and

19  Mr. LeHocky, would allow.  Mr. LeHocky concurred in this stipulation.  The Parties filed

20  the stipulation and an accompanying proposed order with the Court, which the Court

21  signed.

22      4.      Thereafter, due to the schedules of the Parties, their respective counsel, and

23  Mr. LeHocky, the earliest date on which all parties were available to engage in mediation

24  was August 7, 2009.  Because of the length of time between the proposed mediation date of

25  August 7, 2009, and the Court's mediation deadline of July 6, 2009, the Parties stipulated

26  to extending the deadline for mediation until August 7, 2009.  Mr. LeHocky concurred in

27  this stipulation.  The Parties filed the stipulation and an accompanying proposed order with

28  the Court on June 26, 2009, which the Court signed.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-5484-9284.1

-2-

1    5.    On July 6, 2009, Plaintiff's President, Charla Honea, underwent a significant

2  emergency surgical procedure, as a result of which her doctor determined she was not

3  physically able to travel to California for mediation until after September 8, 2009.  The

4  Parties stipulated that the mediation would occur on December 7, 2009, the earliest date on

5  which all Parties, their respective counsel, and Mr. LeHocky were available.  The Parties

6  filed this stipulation and an accompanying proposed order to the Court, which it signed.

7    6.    Pursuant to the Court's order dated December 10, 2008, the following are the

8  current discovery deadlines and trial dates:

9    •    December 4, 2009:    Completion of fact discovery;

10    •    December 17, 2009:    Dispositive motions to be heard by this date;

11    •    December 17, 2009:    Case management conference;

12    •    January 4, 2010:    Disclosure of identities and reports of expert

13    witnesses;

14    •    February 3, 2010:    Completion of expert discovery;

15    •    April 20, 2010:    Final pretrial conference;

16    •    May 3, 2010:    Trial.

17    7.    As a result of the continued mediation date, the current discovery cut-off date

18  now occurs prior to the scheduled mediation.  If the Parties do not settle their dispute at

19  mediation, they believe it would beneficial to allow for additional time to conduct further

20  discovery and to move all corresponding discovery, pretrial and trial deadlines.

21    THEREFORE, the Parties hereby stipulate as follows:

22    **STIPULATION**

23    All discovery deadlines and trial dates be extended, accordingly:

24    1.    The deadline for completion of fact discovery as set forth in this Court's

25    order dated December 10, 2008, is moved from December 4, 2009 to

26    March 26, 2010.

27    2.    The case management conference as set forth in this Court's order dated

28    December 10, 2008, is moved from December 17, 2009 to April 8, 2010 at



1   2:00 p.m.

2   3.   The deadline for dispositive motions to be heard as set forth in this Court's

3        order dated December 10, 2008, is moved from December 17, 2009 to

4        April 8, 2010.

5   4.   The deadline for the disclosure of identities and reports of expert witnesses as

6        set forth in this Court's order dated December 10, 2008, is moved from

7        January 4, 2010 to April 26, 2010.

8   5.   The deadline for the completion of expert discovery as set forth in this

9        Court's order dated December 10, 2008, is moved from February 3, 2010 to

10       June 14, 2010.

11  6.   The final pretrial conference as set forth in this Court's order dated

12       December 10, 2008, is moved from April 20, 2010 to June 29, 2010 at a time

13       adherent to the Court's schedule.

14  7.   The trial as set forth in this Court's order dated December 10, 2008, is moved

15       from May 3, 2010 to July 19, 2010 at a time adherent to the Court's schedule.

16

17

18

19  DATED:  October 6, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21                                              /s/
                                     By  _____
22                                              Julian J. Pardini
                                                Alan J. Haus
23                                              Rowena C. Seto
                                     Attorneys for Defendant Attorneys for
24                                   TIMBERWORK, INC.
                                     (erroneously sued as "TIMBERWORK OREGON,
25                                   INC."), and EARL BLONDHEIM

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-5484-9284.1                          -4-

1    DATED:  October 7, 2009          GORDON & REES, LLP

2

3                                               /s/
                                          By _____
4                                                   Richard P. Sybert
                                                    Lindsay Hulley
5                                         Attorneys for Plaintiff Matsunoki Group

6

7

8    DATED:  October 7, 2009          DONAHUE GALLAGHER WOODS, LLP

9

10                                              /s/
                                          By _____
11                                                  John C. Kirke
                                                    Jocelyn Belloni
12                                        Attorneys for Defendants Don Paul and
                                          Ilene-English Paul

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



4840-5484-9284.1                                  -5-

1

## ORDER

2      Based upon the foregoing stipulation of the Parties, the Court **HEREBY ORDERS**

3  that the following discovery deadlines and trial dates be extended as follows:

4      1.    The deadline for the completion of fact discovery is moved from

5            December 4, 2009 to March 26, 2010.

6      2.    The case management conference is moved from December 17, 2009 to

7            April 8, 2010 at 2:00 p.m.

8      3.    The deadline for dispositive motions to be heard is moved from

9            December 17, 2009 to April 8, 2010.

10     4.    The deadline for the disclosure of identities and reports of expert witnesses is

11           moved from January 4, 2010 to April 26, 2010.

12     5.    The deadline for the completion of expert discovery is moved from

13           February 3, 2010 to June 14, 2010.

14     6.    The final pretrial conference is moved from April 20, 2010 to June 29, 2010.

15     7.    The trial date is moved from May 3, 2010 to July 19, 2010.

16     **IT IS SO ORDERED.**

17

18           10/13/09

19  DATED: _____

20                                       _____
                                              Honorable Claudia Wilken
21                                        UNITED STATES DISTRICT JUDGE
                                          NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-5484-9284.1                          -6-