IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP INC., | No. C 08-04078 CW |
|     Plaintiff, | ORDER TAKING MOTION UNDER SUBMISSION |
|   v. | |
| TIMBERWORK OREGON INC., et al., | |
|     Defendants. | |

    Notice is hereby given that the Court, on its own motion, shall take Defendants Timberwork, Inc., and Earl M. Blondheim's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment under submission on the papers. The hearing previously scheduled for January 7, 2010, is vacated and will be reset, if necessary. Opposition to the motion will be due December 17, 2009, and any reply will be due December 24, 2009.

    IT IS SO ORDERED.

Dated: 10/23/09

                                            CLAUDIA WILKEN
                                            United States District Judge