1  ILENE ENGLISH-PAUL
   P.O. Box 54
2  Jenner, CA 95450
   (707) 632-5458
3
   Defendant In Propria Persona
4

**FILED**

OCT 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC. dba HAIKU HOUSES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 08 4078 CW<br><br>[~~PROPOSED~~] **ORDER RE SUBSTITUTION OF ATTORNEY**<br><br>Action Filed: 8/25/08 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　Defendant ILENE ENGLISH-PAUL hereby substitutes herself, as the attorney of record in the place and stead of the law firm of Donahue Gallagher Woods LLP.

　　　All parties herein are requested to direct copies of all pleadings and discovery to the substituted attorneys listed above.

| | | |
|---|---|---|
| 1 | I consent to this substitution. | *[signature]* |
| 2 | Dated: October 2, 2009 | |
| 3 | | ILENE ENGLISH, PAUL |
| 4 | | |
| 5 | Dated: October 22, 2009 | DONAHUE GALLAGHER WOODS LLP |
| 6 | | |
| 7 | | By: *[signature]* |
| 8 | | John C. Kirke<br>Andrew S. MacKay<br>Jocelyn M. Belloni |

IT IS SO ORDERED

Dated: OCT 2 6 2009    *[signature]*
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATSUNOKI GROUP INC,

    Plaintiff,

v.

TIMBERWORK OREGON INC et al,

    Defendant.
_____/

Case Number: CV08-04078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ilene English-Paul
P.O. Box 54
Jenner, CA  95450

Don Paul
P.O. Box 54
Jenner, CA  95450

Dated: October 26, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk