1  DON PAUL
   P.O. Box 54
2  Jenner, CA 95450
   (707) 632-5458
3
   Defendant In Propria Persona
4

FILED

OCT 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATSUNOKI GROUP, INC. dba HAIKU HOUSES, | CASE NO. CV 08 4078 CW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY |
| v. | |
| TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive, | Action Filed: 8/25/08 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant DON PAUL hereby substitutes himself, as the attorney of record in the place and stead of the law firm of Donahue Gallagher Woods LLP.

All parties herein are requested to direct copies of all pleadings and discovery to the substituted attorneys listed above.

-1-

| | | |
|---|---|---|
| 1 | I consent to this substitution. | *(signature)* |
| 2 | Dated: October 21, 2009 | DON PAUL |
| 4 | Dated: October 22, 2009 | DONAHUE GALLAGHER WOODS LLP |
| 6 | | By: *(signature)* |
| 7 | | John C. Kirke |
| | | Andrew S. MacKay |
| 8 | | Jocelyn M. Belloni |
| 10 | IT IS SO ORDERED | |
| 11 | Dated: OCT 26 2009 | *(signature)* |
| 12 | | United States District Court Judge |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATSUNOKI GROUP INC,

      Plaintiff,

v.

TIMBERWORK OREGON INC et al,

      Defendant.

Case Number: CV08-04078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ilene English-Paul
P.O. Box 54
Jenner, CA  95450

Don Paul
P.O. Box 54
Jenner, CA  95450

Dated: October 26, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk