JULIAN J. PARDINI, SB# 133878
E-Mail: pardini@lbbslaw.com
ALAN J. HAUS, SB# 111556
E-Mail: haus@lbbslaw.com
ROWENA C. SETO, SB# 235103
E-Mail: seto@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for TIMBERWORK, INC.
(erroneously sued as "TIMBERWORK OREGON, INC."),
and EARL BLONDHEIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC. dba HAIKU HOUSES, <br><br> Plaintiff, <br><br> v. <br><br> TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 08 4078 CW <br><br> **[PROPOSED] ORDER GRANTING THE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT BY DEFENDANTS TIMBERWORK, INC. AND EARL M. BLONDHEIM   (AS MODIFIED)** <br><br> *Honorable Claudia Wilken* <br><br> Hearing Date:   July 1, 2010 <br> Time:   2:00 p.m. <br> Place:   Courtroom 2 <br><br> Action Filed:   August, 26, 2008 <br> Trial:   VACATED |

The Motion of Defendants TIMBERWORK, INC. (erroneously sued as "TIMBERWORK OREGON, INC.") and EARL M. BLONDHEIM (hereinafter collectively "Defendants") to Extend Time to Respond to Plaintiff Matsunoki Group's Rule 60 Motion for Relief From Judgment came on regularly for hearing on July 1, 2010 at 2:00 p.m., in Courtroom 2 of the above-entitled court, the Honorable Claudia Wilken presiding.  Plaintiff Matsunoki Group, Inc., dba Haiku Houses ("Matsunoki") appeared by counsel Richard P. Sybert; Defendants appeared by counsel Julian J. Pardini.

1  The Court, having read the moving and opposing papers and having considered oral
2  argument, and good cause appearing therefor, HEREBY ORDERS AND DECREES that
3  Defendants' Motion to Extend Time be, and hereby is, GRANTED.  The Court will take under
4  submission Defendants' Opposition to Matsunoki's Rule 60 Motion for Relief for Judgment.
5  Matsunoki is hereby given until ~~July 8, 2010~~ to file a Reply to Defendants' Opposition.
   **June 18, 2010**

8  DATED: 6/11/2010       
                          HON. CLAUDIA WILKEN

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**FERDERAL COURT CERTIFICATE OF SERVICE**
*Matsunoki Group, Inc. v. Timberwork Oregon, Inc.* USDC Case No. CV08 04078 CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On June 3, 2010, I served the following document(s):

**PROPOSED] ORDER GRANTING THE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT BY DEFENDANTS TIMBERWORK, INC. AND EARL M. BLONDHEIM**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Lindsay J. Hulley, Esq.<br>Richard Sybert, Esq.<br>GORDON & REES LLP<br>2211 Michelson Drive, Suite 400<br>Irvine, CA 92612<br>Phone: (949) 255-6950<br>Fax: (949) 474-2060<br>Email   Lhulley@gordonrees.com<br>***Attorney for Plaintiff***<br>***Matsunoki Group*** | Don Paul<br>Ilene English-Paul<br>P.O. Box 54<br>Jenner, CA 95450<br>Phone: (707) 632-5458<br>***Email:*** *Ileneanddon@mac.com*<br>***In Pro Per*** |

The documents were served by the following means:

[X]   **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[ ]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 3, 2010, at San Francisco, California.

Maureen Liu