UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC., doing business as HAIKU HOUSES,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV 08-04078 CW<br><br>*Honorable Claudia Wilken*<br><br>**ORDER DENYING AS MOOT REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL**<br><br>Date:  November 18, 2010<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2<br>Judge: Hon. Claudia Wilkin |

**HAVING CONSIDERED** plaintiff, Matsunoki Group, Inc. dba Haiku Houses' ("Matsunoki") Request to Appear Telephonically at the hearing on defendants Timberwork, Inc. and Earl M. Blondheim's (collectively "Timberwork") Motion for Certification for Interlocutory Appeal, and good cause appearing,

**IT IS HEREBY ORDERED** that the request is denied as moot.

///

Dated: 11/12/2010

*Claudia Wilken*
Judge of the Northern District Court