IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUNOKI GROUP INC,

    Plaintiff,

  v.

TIMBERWORK OREGON INC,

    Defendant.
                                 /

No. C 08-04078 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion to Quash Third Amended Notice of Continued Deposition of Matsunoki Group, Inc., dba Haiku Houses, Pursuant to F.R.C.P. 30 (b)(6); Motion to Quash Third Amended Notice of Deposition of Charla Honea; Motion to Quash Third Amended Notice of Deposition of Bernard Zelenka; Motion to Quash Second Amended Notice of Deposition of Jerry Levin; and the parties' Stipulated Request for Order Shortening Time and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Hearing dates previously scheduled for Thursday, December 23, 2010, are vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 11/17/2010

                                          CLAUDIA WILKEN
                                          United States District Judge

cc: Sue; Assigned M/J w/mo.