**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATSUNOKI GROUP INC,                                       No. C 08-04078 CW (JCS)

        Plaintiff(s),                              **ORDER RE JOINT LETTER [Docket No. 214]**

    v.

TIMBERWORK OREGON INC,

        Defendant(s).

_____/

The parties filed a Joint Letter on December 2, 2010, regarding the pending Motions to Quash.  Treating the Joint Letter as a Motion to Quash, and good cause appearing, IT IS HEREBY ORDERED that:

1.  The Motion to Quash the depositions of plaintiff and of Charla Honea is DENIED on the basis that the new evidence has been discovered since the first deposition.  Charla Honea may be deposed, whether as a 30(b)(6) witness or in her individual capacity, for a total of three (3) hours. The Court is not limiting the topics of that deposition, except that counsel may not ask questions that were already answered at the first deposition.

2.  The Motion to Quash the deposition of Bernard Zelinka is DENIED.

3.  The Motion to Quash the deposition of Jerry Levine is DENIED as moot, because the parties have reached an agreement on this matter.

IT IS SO ORDERED.

Dated: December 6, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge