1  JULIAN J. PARDINI, SB# 133878
    E-Mail: pardini@lbbslaw.com
2  ALAN J. HAUS, SB# 111556
    E-Mail: haus@lbbslaw.com
3  ROWENA C. SETO, SB# 235103
    E-Mail: seto@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   One Sansome Street, Suite 1400
5  San Francisco, California 94104
   Telephone: (415) 362-2580
6  Facsimile: (415) 434-0882

7  Attorneys for TIMBERWORK, INC.
   (erroneously sued as "TIMBERWORK OREGON, INC."),
8  and EARL BLONDHEIM

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 MATSUNOKI GROUP, INC. dba HAIKU     ) CASE NO. CV 08 4078 CW (BZ)
   HOUSES,                             )
14                                     ) [PROPOSED] ORDER GRANTING
              Plaintiff,               ) DEFENDANTS TIMBERWORK, INC.'S
15                                     ) AND EARL M. BLONDHEIM'S REQUEST
       v.                              ) TO BE EXCUSED FROM ATTENDING
16                                     ) SETTLEMENT CONFERENCE
   TIMBERWORK OREGON, INC.;            )
17 TIMBERWORK, INC.; JOAN L. SHUELL;   )
   EARL MAURY BLONDHEIM; DON PAUL;     ) Hearing Date:   March 30, 2011
18 ILENE ENGLISH-PAUL; and DOES 1 through ) Time:         9:00 a.m.
   10, inclusive,                      ) Court Room:     G - 15th Floor
19                                     )
              Defendants.              )
20                                     )
                                       ) Action Filed:   August, 26, 2008
21 _____ ) Trial:          July 25, 2011

22

23    The Court HEREBY ORDERS AND DECREES that Defendants TIMBERWORK, INC.

24 and EARL MAURY BLONDHEIM'S request to be excused from personally attending the

25 settlement conference scheduled for March 30, 2011 be, and hereby is, GRANTED.

26 Mr. Blondheim, in his personal capacity and as Timberwork's representative, will appear at the

27 settlement conference telephonically.

28 / / /

4828-0501-4536.1                    -1-
[PROPOSED] ORDER RE: ATTENDANCE AT SETTLEMENT CONFERENCE
CASE NO. C08-4078 CW (BZ)

1 | It is so ORDERED.
2
3 | DATED: March 14, 2011

                                                  U.S. District Court Magistrate Judge