UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATSUNOKI GROUP INC.,

    Plaintiff(s),

v.

TIMBERWORK OREGON INC.,

    Defendant(s).

No. C08-4078 CW (BZ)

**ORDER CONTINUING SETTLEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that plaintiff's request for continuance of the settlement conference is **GRANTED**. The settlement conference is continued to **Tuesday, May 24, 2011 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. All interested parties are expected to attend, including Mr. Blondheim unless his medical condition at the time precludes his personal attendance.

Dated: March 21, 2011

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2011\mantsunoki sc.wpd     1