UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP INC.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>TIMBERWORK OREGON INC.,<br><br>　　　　Defendant(s). | No. C08-4078 CW (BZ)<br><br>**ORDER ADVANCING SETTLEMENT CONFERENCE** |

　　Following a telephone conference at which Matsunoki and Timberwork were represented by counsel, **IT IS HEREBY ORDERED** that the settlement conference previously scheduled for May 24, 2011 is **advanced** to **April 21, 2011 at 9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Counsel are admonished to convey to their clients the Court's views about the necessity of proceeding with the settlement conference in a non-adversarial spirit and to advise them that all principals are expected to attend in person unless excused by the Court in accordance with the views expressed during the telephone conference.  The

1

previously entered settlement conference order otherwise remains in full force and effect.

Dated: March 28, 2011

                                  _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge

g:\bzall\-refs\refs.2011\matsunoki continue sc3.wpd                 2