UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP INC., <br><br> Plaintiff(s), <br><br> v. <br><br> TIMBERWORK OREGON INC., <br><br> Defendant(s). | No. C08-4078 CW (BZ) <br><br> **ORDER EXCUSING DEFENDANT EARL MAURY BLONDHEIM'S ATTENDANCE AT SETTLEMENT CONFERENCE** |

Good cause appearing, **IT IS ORDERED** that Mr. Blondheim is excused from personally attending the settlement conference. Mr. Blondheim shall be on telephone stand-by beginning on **April 21, 2011** at **9:00 a.m.** While there is some logic to plaintiff's position, any request to preclude Mr. Blondheim from appearing at trial must be directed to the trial Judge.

Dated: April 13, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

1