JULIAN J. PARDINI, SB# 133878
  E-Mail: pardini@lbbslaw.com
ALAN J. HAUS, SB# 111556
  E-Mail: haus@lbbslaw.com
ROWENA C. SETO, SB# 235103
  E-Mail: seto@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for TIMBERWORK, INC.
(erroneously sued as "TIMBERWORK OREGON, INC."),
JOAN L. SHUELL and EARL BLONDHEIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUNOKI GROUP, INC. dba HAIKU HOUSES, <br><br> Plaintiff, <br><br> v. <br><br> TIMBERWORK OREGON, INC.; TIMBERWORK, INC.; JOAN L. SHUELL; EARL MAURY BLONDHEIM; DON PAUL; ILENE ENGLISH-PAUL; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 08 4078 CW <br><br> **STIPULATION AND ORDER re: DISMISSAL** <br><br><br><br><br><br><br><br> Action Filed: August 25, 2008 |

**STIPULATION**

1.  WHEREAS Plaintiff Matsunoki Group, Inc. dba Haiku Houses and Defendants Timberwork, Inc., Earl Maury Blondheim, Don Paul and Ilene Paul (hereinafter collectively, "the Parties") reached a settlement during the April 21, 2011 settlement conference before the Honorable Bernard Zimmerman in the above-captioned matter;

2.  WHEREAS the Parties have now executed a settlement agreement and settlement monies will be issued pursuant to the terms and provisions of the settlement agreement;

The Parties, by and through their respective counsel of record, hereby stipulate and agree that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice pursuant to the Court's conditional order dated May 24, 2011.

DATED: June __, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /S/  Julian J. Pardini
                Julian J. Pardini
                Alan J. Haus
                Rowena C. Seto
Attorneys for Defendants TIMBERWORK, INC. (erroneously sued as "TIMBERWORK OREGON, INC.") and EARL BLONDHEIM

DATED: June __, 2011        GORDON & REES, LLP

By      /S/  Richard P. Sybert
                Richard P. Sybert
Attorneys for Plaintiff Matsunoki Group

DATED: June __, 2011        DON PAUL and ILENE-ENGLISH PAUL

By _____
                Don Paul
                Ilene English-Paul
Defendants *Pro Se*

/ / /

/ / /

/ / /

/ / /

**ORDER**

Having read the above stipulation of the Parties, submitted by and through their respective counsel of record, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**.

It is so ordered.

DATED: _ **6/20/2011** _

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580